| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Comlink, L.L.C. | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN | |
| Case number (if known): | | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 123.NET 24700 NORTHWESTERN HWY SUITE 700 Southfield, MI 48075 | T. DAVIS  TDAVIS@FIBERLINKINC.COM (810) 287-7812 | Vendor | | | | $12,464.00 |
| ACENTEK PO BOX 363 Houston, MN 55943 | LEGAL OFFICER  troesler@acecomgroup.com 616-895-9911 | Vendor | | | | $8,692.00 |
| ALLIANCE FOR TELECOMMUNICATIO INDUSTRY SOLUTIONS (ATIS) 1200 G STREET, NW SUITE 500 Washington, DC 20005 | LEGAL OFFICER  ALEXM@Atis.org 202-628-6380 | Vendor | | | | $7,150.00 |
| AT&T CABS DEPARTMENT PO BOX 5011 Carol Stream, IL 60197 | CUSTOMER ACCOUNTS  lonnie.shirey@att.com (800) 660-3000 | Vendor | Disputed | | | $601,603.00 |
| BUIST ELECTRIC INC. 8650 BYRON CENTER AVENUE Byron Center, MI 49315 | Cami Gillette  cgillette@buistelectric.com 616-878-3315 | Vendor | | | | $29,362.00 |

| Debtor | **Comlink, L.L.C.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **DELL MARKETING LP**<br>**C/O DELL USA LP**<br>**PO BOX 643561**<br>**Pittsburgh, PA 15264-3561** | **Martin Hrkota**<br><br>**Martin.Hrkota@software.dell.com**<br>**877-671-3355** | **Vendor** | | | | **$6,275.00** |
| **EARTHLINK CARRIER**<br>**DEPT# 1491**<br>**PO BOX 11407**<br>**Birmingham, AL 35246-1491** | **LEGAL OFFICER**<br><br>**wholesalebilling@corp.earthlink.com**<br>**706-385-8162** | **Vendor** | | | | **$6,171.00** |
| **EQUINIX, INC. - #774252**<br>**4252 SOLUTIONS CENTER**<br>**Chicago, IL 60677-4002** | **LEGAL OFFICER**<br><br>**collections@equinix.com**<br>**866-979-3749** | **Vendor** | | | | **$25,008.00** |
| **FRONTIER COMMUNICATIONS**<br>**1943 WEST M-21**<br>**Owosso, MI 48867** | **Mark Stephens**<br><br>**mstephens@frontier.com**<br>**989-723-0373** | **Vendor** | | | | **$57,168.00** |
| **INGRAM MICRO INC.**<br>**PO BOX 90341**<br>**Chicago, IL 60696-0341** | **Joanna Rojo**<br><br>**joanna.rojo@ingrammicro.com**<br>**630-668-0106** | **Vendor** | | | | **$5,815.00** |
| **ITS COMMUNICATIONS**<br>**4079 PARK EAST CT. SE**<br>**Grand Rapids, MI 49546-6296** | **T. Seibel**<br><br>**tseibel@itsdelivers.com**<br>**(888) 487-0083** | **Vendor** | | | | **$6,705.00** |
| **LEVEL 3 COMMUNICATIONS, LLC**<br>**PO BOX 910182**<br>**Denver, CO 80291** | **LEGAL OFFICER**<br><br>**accounts.receivables@level3.com**<br>**877-253-8353** | **Vendor** | | | | **$24,894.00** |
| **METRO ETHERNET FORUM**<br>**6033 W CENTURY BOULEVARD**<br>**SUITE 1107**<br>**Los Angeles, CA 90045** | **LEGAL OFFICER**<br><br>**trisha@mef.net**<br>**310-642-2800** | **Vendor** | | | | **$15,000.00** |

Debtor **Comlink, L.L.C.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| MLW SALES LLC 3696 CHESTNUT LANE Dryden, MI 48428 | T. dAVIS TDAVIS@FIBERLINKINC.COM (810) 287-7812 | UNSECURED NOTES | | | | $1,578,545.00 |
| NITEL, INC. LOCKBOX DEPT 4929 Carol Stream, IL 60122-4929 | Milan Saric msaric@nitelusa.com 773-770-1361 | Vendor | | | | $9,050.00 |
| OE SOLUTIONS AMERICA INC. 560 SYLVAN AVENUE 1ST FLOOR Englewood Cliffs, NJ 07632 | R. Burroughs rburroughs@oe-solution.com (201) 568-1188 | Vendor | | | | $7,960.00 |
| PEERLESS NETWORK, INC. 222 SOUTH RIVERSIDE PLAZA SUITE 2730 Chicago, IL 60606 | K. Campbell kcampbell@peerlessnetwork.com 312-667-4836 | Vendor | | | | $46,350.00 |
| SALESTREAM SOFTWARE, INC. 4160 TEMESCAL CANYON ROAD SUITE 208 Corona, CA 92883 | Steve Roberts sales@salestreamsoft.com 951-277-4225 | Vendor | | | | $10,242.00 |
| TK Communications Group (Spec 3529 W Genessee Rd, Suite 3 Lapeer, MI 48446 | LEGAL OFFICER legal@charter.com 1-888-438-2427 | UNSECURED NOTES | | | | $565,630.00 |
| WIDEOPENWEST FINANCE LLC ACCOUNTS RECEIVABLE 1241 O.G. SKINNER West Point, GA 31833-1789 | LEGAL OFFICER wholesalemarkets@wideopenwest.com 855-969-8648 | Vendor | | | | $21,200.00 |

| Fill in this information to identify the case: |
| --- |
| Debtor name **Comlink, L.L.C.** |
| United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1/22/16

X /s/ John Summersett
Signature of individual signing on behalf of debtor

**John Summersett**
Printed name

**Manager**
Position or relationship to debtor