## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re: | Chapter 11 |
| GREAT LAKES COMNET, INC. | Case No. 16-_____ |
| Debtor. | |

_____

| | |
|---|---|
| In re: | Chapter 11 |
| COMLINK, L.L.C. | Case No. 16-_____ |
| Debtor. | |

_____/    Honorable _____

## DECLARATION OF JEFFREY L. JOHNSTON IN SUPPORT OF DEBTOR-IN-POSSESSION FINANCING

I, Jeffrey L. Johnston, make this declaration under 28 U.S.C. §1746:

1.      I am a Managing Director of AlixPartners, LLP ("AlixPartners"), Financial Advisor to the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"). AlixPartners is a global business advisory firm offering comprehensive services to improve corporate performance, execute corporate turnarounds and provide litigation consulting and forensic accounting services. AlixPartners has offices in eight North American cities, including Southfield, Michigan.

2.      Except as otherwise indicated, all statements in this Declaration are based on my personal knowledge, my review of relevant documents or my opinion based upon my experience and knowledge of the Debtors' operations and financial conditions. If I were called upon to testify, I could and would testify to each of the facts set forth herein based on such personal knowledge, review of documents or opinion. I am authorized to submit this Declaration.

1

3.        As noted above, I am a Managing Director with AlixPartners. I have more than 30 years' experience in corporate turnarounds, including providing financial advisory services to debtors, senior lenders and creditor committees in chapter 11 cases as well as advising underperforming companies and creditors to underperforming companies in out-of-court restructurings. I have experience evaluating the viability of troubled companies and developing and implementing responsive profit enhancement, debt restructuring and asset disposition solutions. I have also served in a number of fiduciary roles in and outside of chapter 11 cases, including Chief Restructuring Officer, receiver and independent liquidating agent. I have been qualified, and testified, as an expert witness in many chapter 11 cases and other commercial matters.

4.        Prior to joining AlixPartners in 2007, I was employed for 20 years at Conway MacKenzie & Dunleavy, a professional services firm, most recently as a Senior Managing Director. There, I specialized in insolvency, reorganization, litigation support and forensic accounting. Before that, I was employed by Deloitte & Touche for four years providing auditing services in the field of public accounting.

5.        During the past 30 years, I have consulted on matters in a number of industries including, but not limited to, retail, consumer products, real estate, financial services, distribution, automotive, telecommunications, manufacturing, contracting and forest products.

6.        I am a Certified Public Accountant, Certified Fraud Examiner and Accredited in Business Valuation and Certified in Financial Forensics by the American Institute of Certified Public Accountants. I have a bachelor's degree in accounting from Michigan State University. I am also a member of the Turnaround Management Association, Association of Certified Fraud

Examiners, American Bankruptcy Institute and the Michigan Association of Certified Public Accountants.

7.     The Debtors retained AlixPartners as their Financial Advisors in August, 2015. I am in charge of and responsible for the engagement on behalf of AlixPartners. Since that time, I have become very familiar with the financial condition of the Debtors, their operations and their cash flows. At the Debtors' request, my colleagues under my supervision and control prepared a 13 week, weekly cash forecast, that begins this week, the week ended January 29, 2016. *See Cash Flow Forecast* appended as <u>Exhibit A</u> ("<u>Cash Flow Forecast</u>"). The Cash Flow Forecast assumes no new debt (other than the incurrence of trade debt in the ordinary course) or equity financing, capital or other liquidity infusion (other than the collection of accounts in the ordinary course), and that the Debtors have unrestricted access to 100% of their existing cash and future cash collections during the period covered by the Cash Flow Forecast.

8.     The Cash Flow Forecast demonstrates that without additional borrowings or capital infusion, the Debtors will have insufficient cash and cash collections and, therefore, insufficient cash collateral (assuming all cash and cash collections constitute cash collateral) to operate their businesses beyond this week. Consequently, the Debtors will run out of cash well before any sales process could be completed and any section 363 sale closed.

9.     Even assuming that the Debtors have complete and unrestricted access to all of their cash and other cash equivalents to operate their businesses in the ordinary course, including cash on hand on the date of the commencement of their bankruptcy cases and all future collections of accounts receivable and other revenues, proceeds, rents and profits, their complete and unrestricted use of that cash and future cash would be insufficient to enable the Debtors to operate beyond this week.

3

10.    As a result, the Debtors would not be able to sustain their business operations solely with the permitted use of cash collateral, and require additional liquidity to finance their current operations in the form of the section 364 credit requested in the motion to obtain debtor-in-possession financing.

11.    Attached as Exhibit B to the proposed Interim DIP Order is a Budget that was prepared by me or at my direction.   The Budget assumes that the request for debtor-in-possession financing is approved in the form and with the terms requested.  According to the Budget, the Debtors require debtor-in-possession financing in the aggregate amount of $3,850,000 in order to avoid immediate and irreparable harm for the next 45 days.

12.    The Debtors must have the interim relief requested in order to maintain and operate their businesses. Absent the interim relief requested, the Debtors will be unable to meet their payroll obligations or to preserve and protect their assets and the value of those assets, and operations will cease.  As a result, the Debtors need the DIP Facility and the amount requested on an interim basis to avoid immediate and irreparable harm to the Debtors' bankruptcy estates until a final hearing can be held.  Absent access to the DIP Facility, the Debtors' businesses will simply shut down and their employees will have to be terminated.

13.    I have read the motion for debtor-in-possession financing and I believe the factual statements therein to be true.

4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:  January 25, 2016

Jeffrey L. Johnston

# *EXHIBIT A*

**Great Lakes Comnet and Comlink**
**13 Week Forecast Beginning With Week Ended January 29, 2016**

| Week #: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ended: | 1/29/16 | 2/5/16 | 2/12/16 | 2/19/16 | 2/26/16 | 3/4/16 | 3/11/16 | 3/18/16 | 3/25/16 | 4/1/16 | 4/8/16 | 4/15/16 | 4/22/16 | |
| **Cash Receipts** | | | | | | | | | | | | | | |
| Collections on Exiting A/R and Forecasted Collections | | | | | | | | | | | | | | |
| GLC | 12,984 | 198,326 | 123,497 | 19,026 | 48,146 | 173,403 | 154,880 | 148,436 | 189,834 | 119,479 | 312,238 | 109,228 | 46,920 | 1,556,417 |
| Comlink | 85,679 | 142,864 | 134,490 | 439,115 | 117,514 | 233,293 | 409,916 | 443,735 | 257,097 | 254,395 | 373,766 | 372,055 | 231,620 | 3,515,532 |
| Total A/R Receipts and Forecasted Collections | 98,663 | 341,190 | 257,987 | 458,141 | 165,660 | 406,697 | 564,795 | 592,171 | 446,931 | 373,874 | 586,004 | 481,283 | 298,540 | 5,071,938 |
| Other Cash Receipts (CCTC) | 29,222 | 29,222 | 29,222 | 29,222 | 29,222 | 29,222 | 29,222 | 29,222 | 29,222 | 29,222 | 29,222 | 29,222 | 29,222 | 379,886 |
| Total Cash Receipts | 127,885 | 370,412 | 287,209 | 487,363 | 194,882 | 435,919 | 594,017 | 621,393 | 476,153 | 403,096 | 615,226 | 510,505 | 327,762 | 5,451,824 |
| **Cash Disbursements** | | | | | | | | | | | | | | |
| Wages | 202,900 | - | 226,791 | - | 246,791 | - | 226,791 | - | 318,291 | - | 226,791 | - | 318,291 | 1,766,646 |
| Employer 401(k) Contribution | 5,853 | - | 6,570 | - | 7,170 | - | 6,570 | - | 9,315 | - | 6,570 | - | 9,315 | 51,361 |
| Employer Payroll Taxes | 28,952 | - | 32,356 | - | 18,283 | - | 16,753 | - | 23,753 | - | 16,753 | - | 23,753 | 160,602 |
| Health, LT Dis & WC Insurance | 88,047 | - | - | - | 88,047 | - | - | - | 88,047 | - | - | - | 88,047 | 352,188 |
| Cintas Lease Center/Colocation Rent | 56,380 | 100,800 | 123,011 | 123,011 | 56,380 | 100,800 | 123,011 | 123,011 | 56,380 | 100,800 | 123,011 | 123,011 | 56,380 | 1,265,994 |
| Taxes | 3,403 | 543,934 | 7,425 | 7,425 | 3,403 | 6,084 | 7,425 | 7,425 | 6,084 | 6,084 | 7,425 | 7,425 | 3,403 | 614,263 |
| Repairs and Maintenance | 12,970 | 23,189 | 28,298 | 28,298 | 12,970 | 23,189 | 28,298 | 28,298 | 23,189 | 23,189 | 28,298 | 28,298 | 12,970 | 291,234 |
| Construction and equipment | 43,077 | 77,016 | 93,986 | 93,986 | 43,077 | 77,016 | 93,986 | 93,986 | 77,016 | 77,016 | 93,986 | 93,986 | 43,077 | 927,268 |
| Professional Services | 19,519 | 26,388 | 79,823 | 29,823 | 69,519 | 26,388 | 267,323 | 29,823 | 128,269 | 26,388 | 229,823 | 70,291 | 69,519 | 1,032,429 |
| Commissions (External Agents) | - | 44,014 | - | - | 14,671 | 14,477 | - | - | - | 14,477 | 14,671 | 70,291 | - | 210,873 |
| Travel, Meals & Entertainment | 8,098 | 14,477 | 17,667 | 7,352 | 8,098 | 14,477 | 17,667 | 7,352 | 8,098 | 14,477 | 17,667 | 7,352 | 8,098 | 73,357 |
| Rent and Utilities | 3,370 | 47,287 | 386,352 | 56,182 | 3,370 | 6,024 | 56,182 | 3,370 | 3,370 | 6,024 | 67,352 | 56,182 | 3,370 | 181,826 |
| IRU/Inventory Maintenance | 26,449 | 6,024 | 56,182 | 25,750 | - | 46,038 | - | 56,182 | 25,750 | 46,038 | 56,182 | 56,182 | 25,750 | 514,661 |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | 580,154 |
| Total Disbursements | 499,016 | 883,130 | 1,128,751 | 363,743 | 582,856 | 314,689 | 851,357 | 434,034 | 720,721 | 300,017 | 888,528 | 414,034 | 641,971 | 8,022,846 |
| **Net Cash Flows Before Financing** | (371,131) | (512,718) | (841,542) | 123,620 | (387,974) | 121,231 | (257,339) | 187,359 | (244,568) | 103,079 | (273,302) | 96,471 | (314,209) | (2,571,022) |
| *Cumulative Net Cash Flows Before Financing* | (371,131) | (883,849) | (1,725,390) | (1,601,770) | (1,989,744) | (1,868,513) | (2,125,852) | (1,938,494) | (2,183,061) | (2,079,982) | (2,353,284) | (2,256,813) | (2,571,022) | (2,571,022) |
| Financing | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Principal Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Cash Flow from Financing | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Cash Flow** | (371,131) | (512,718) | (841,542) | 123,620 | (387,974) | 121,231 | (257,339) | 187,359 | (244,568) | 103,079 | (273,302) | 96,471 | (314,209) | (2,571,022) |
| Beginning Cash | 75,692 | (295,439) | (808,156) | (1,649,698) | (1,526,078) | (1,914,052) | (1,792,821) | (2,050,160) | (1,862,801) | (2,107,369) | (2,004,290) | (2,277,592) | (2,181,121) | 75,692 |
| Add: Net Cash Flow | (371,131) | (512,718) | (841,542) | 123,620 | (387,974) | 121,231 | (257,339) | 187,359 | (244,568) | 103,079 | (273,302) | 96,471 | (314,209) | (2,571,022) |
| Ending Cash | (295,439) | (808,156) | (1,649,698) | (1,526,078) | (1,914,052) | (1,792,821) | (2,050,160) | (1,862,801) | (2,107,369) | (2,004,290) | (2,277,592) | (2,181,121) | (2,495,329) | (2,495,329) |